UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMARI J. MOODY,

                      Plaintiff,                         25-CV-10720 (JHR) (VF)

           -against-                            **<u>ORDER</u>**

CIGNA HEALTH AND LIFE INSURANCE
COMPANY,

                      Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On February 6, 2026, Plaintiff filed motions regarding emergency review of his motion for a temporary restraining order at ECF Nos. 21-22. By order dated February 10, 2026, the Honorable Jennifer H. Rearden denied Plaintiff's emergency motions. <u>See</u> ECF No. 25 at 8-12. Because Plaintiff's additional motions do not provide any basis for relief, the motions are also denied.

Plaintiff also filed a motion to declare Judge Rearden's February 10, 2026 order void. ECF No. 26. Plaintiff has not set forth any basis to render Judge Rearden's order void. The motion is therefore denied.

On February 11, 2026, Plaintiff also filed a writ of mandamus, requesting that the court vacate Judge Rearden's February 10, 2026 order and reassign the matter to a different district judge. ECF No. 27. This motion is denied as frivolous.

On February 23, 2026, Plaintiff filed a motion for contempt because Cigna has failed to serve objections or produce documents. ECF No. 31. Plaintiff's motion is denied as frivolous.

Plaintiff is reminded that if he continues to file frivolous submissions in this action, the Court will direct him to show cause why he should not be barred from filing any future submissions without leave of Court. Plaintiff is also reminded that the continued abuse of the judicial process could lead to sanctions. See ECF No. 25.

The Clerk of the Court is respectfully directed to close the motions at ECF Nos. 21, 22, 27, and 31.

**SO ORDERED.**

DATED:    New York, New York
February 27, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge